IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 26-mj-4023-RJD |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIGUEL ANGEL CONDE-SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Clay Pollmann, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about the 1st day of April 2026, in Perry County, in the Southern District of Illinois,

**MIGUEL ANGEL CONDE-SANCHEZ**

an alien, was found in the United States after having been removed therefrom on or about December 16, 2022, at or near Brownsville, Texas, and on or about December 27, 2023, at or near Nogales, Arizona, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (hereinafter ICE), and that I have been so employed since January 18, 2022.  My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of Miguel Angel Conde-Sanchez. According to official records maintained by ICE on Miguel Angel Conde-Sanchez, Conde-Sanchez is a Mexican national who was previously removed from

the United States to Mexico on or about December 16, 2022, at or near Brownsville, Texas, and on or about December 27, 2023, at or near Nogales, Arizona.

On April 1, 2026, I discovered Conde-Sanchez had reentered the United States while reviewing jail booking records at the Perry County, Illinois, Sheriff's Office. Specifically, I learned that the Perry County, Illinois, Sheriff's Office had arrested Conde-Sanchez on March 30, 2026, for Aggravated Unlawful Use or Possession of Weapons, in violation of 720 ILCS 5/24-1.6(a)(1), 720 ILCS 5/24-1.6(3)(A-5), and 720 ILCS 5/24-1.6(3)(C), Unlawful Use Or Possession of Weapons by Felon, in violation of 720 ILCS 5/24-1.1(a), Possession of Methamphetamine (5-15 grams), in violation of 720 ILCS 646/60(b)(2), Possession of Drug Paraphernalia, in violation of 720 ILCS 600/3.5(a), and Driving While License Revoked, in violation of 625 ILCS 5/303(a). Thereafter, I checked Conde-Sanchez's name and date of birth in ICE databases and learned that he was a citizen of Mexico and not of the United States and has been removed on two prior occasions from the United States to Mexico. Conde-Sanchez' first removal to Mexico was on December 16, 2022, at or near Brownsville, Texas, and his second removal was on December 27, 2023, at or near Nogales, Arizona.

On April 1, 2026, Conde-Sanchez was arrested by ICE agents, pursuant to an ICE administrative warrant, after he was released from the Perry County, Illinois, Sheriff's Office. Conde-Sanchez was then transported to the Ste. Geneveive County, Missouri Sheriff's Office. On April 2, 2026, Conde-Sanchez was transported to the St. Louis ICE Office for processing. During processing, Conde-Sanchez's fingerprints were taken by ICE officers. These fingerprints were then compared to fingerprints taken from Conde-Sanchez by ICE agents at the time of his prior removals and were determined to be a match. Conde-Sanchez is now in ICE custody in Ste. Genevieve County, Missouri.

According to official records maintained by ICE, following his removal to Mexico on December 27, 2023, Miguel Angel Conde-Sanchez, never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States.

Based on the above information, it appears that Miguel Angel Conde-Sanchez is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

*Clay Pollmann*

CLAY POLLMANN,
Deportation Officer
Immigration and Customs Enforcement

State of Illinois        )
                         )   SS.
County of St. Clair      )

Sworn to before me, and subscribed in my presence on the ⎯3⎯ day of April 2026, at East St. Louis, Illinois.

*Reona Daly*

REONA J. DALY
United States Magistrate Judge

*Daniel T. Kapsak*

DANIEL T. KAPSAK
Assistant United States Attorney

3